526 Pa. 263 (1991)
585 A.2d 463
Catherine M. KOHL, Appellant,
v.
John Carl KOHL.
Supreme Court of Pennsylvania.
Argued January 14, 1991.
Decided February 6, 1991.
*264 Arthur L. Jenkins, Jr., Norristown, for appellant.
Marc R. Wolfe, James V. Fareri, Stroudsburg, for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER
PER CURIAM:
Order affirmed.
McDERMOTT, J., dissents.